**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **ROZELLIA WIGGINS,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**EXPRESS EMPLOYMENT INTERNATIONAL d/b/a EXPRESS SERVICES INC.**,<br><br>Defendant. | Case No. CIV-26-2566-D |
| **TRACEY HANER,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**EXPRESS EMPLOYMENT INTERNATIONAL d/b/a EXPRESS SERVICES INC.,**<br><br>Defendant. | Case No. CIV-26-2578-D |
| **MARCO CAESAR,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**EXPRESS EMPLOYMENT INTERNATIONAL d/b/a EXPRESS SERVICES INC.,**<br><br>Defendant. | Case No. CIV-26-2596-D |

| | |
|---|---|
| **ALANA THOMPSON,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**EXPRESS EMPLOYMENT INTERNATIONAL d/b/a EXPRESS SERVICES INC.,**<br><br>Defendant. | Case No. CIV-26-2602-D |

**ORDER**

Before the Court is Plaintiffs' Motion to Consolidate Related Actions and Appoint Interim Class Counsel and Incorporated Memorandum of Law in Support [Doc. No. 3]. Also before the Court are the parties' Joint Motions to Stay Responsive Pleading Deadline, filed in each of the four separate actions. In the joint motions, Defendant notifies the Court that it does not oppose consolidation of the above-captioned actions and that it takes no position on Plaintiffs' request for the appointment of interim lead class counsel. The parties further request that the Court set a deadline for Plaintiffs to file a Consolidated Complaint, along with a special briefing schedule for responsive pleadings.

Upon consideration, the Court finds that the actions involve common questions of law and fact in that they all arise from the same data breach in September 2026. Thus, the Court finds that the actions should be consolidated, pursuant to FED. R. CIV. P. 42, because consolidation will serve the interests of justice, avoid unnecessary costs and delays, and promote judicial economy.

**IT IS THEREFORE ORDERED** that the following actions are consolidated: *Wiggins v. Express Employment International d/b/a Express Services Inc.*, Case No. CIV-26-2566-D; *Haner v. Express Employment International d/b/a Express Services Inc.*, Case No. CIV-26-2578-D; *Caesar v. Express Employment International d/b/a Express Services Inc.*, Case No. CIV-26-2596-D; and *Thompson v. Express Employment International d/b/a Express Services Inc.*, Case No. CIV-26-2602-D.

The Consolidated Action will use the docket number of the first-filed case, Case No. CIV-26-2566-D, and be referred to as *In re Express Employment International Data Security Litigation*. The Clerk is directed to administratively close Case Nos. CIV-26-2578-D, CIV-26-2596-D, and CIV-26-2602-D, and no further filings shall be made in those cases. All of the filings in the closed cases are hereby deemed filed in the Consolidated Action. The Clerk is directed to file a copy of this Order in Case Nos. CIV-26-2578-D, CIV-26-2596-D, and CIV-26-2602-D.

**IT IS FURTHER ORDERED** that a Consolidated Complaint shall be filed within **forty-five (45) days** of the date of this Order. Defendant shall have **forty-five (45) days** to respond to the Consolidated Complaint. In the event that Defendant's response is a motion to dismiss, Plaintiffs shall have **forty-five (45) days** to file their opposition brief, and Defendant shall have **twenty-one (21) days** to file a reply brief.

**IT IS FURTHER ORDERED** that, pursuant to FED. R. CIV. P. 23(g)(3), Tyler Bean, Kennedy Brian, and Tanner Hilton of the law firm of Siri & Glimstad LLP are appointed as Interim Lead Class Counsel. In appointing these attorneys as Interim Lead Class Counsel, the Court finds that they will fairly and adequately represent the interests

of the proposed class, having considered the relevant factors set forth in FED. R. CIV. P. 23(g)(1)(A)(i)-(iv).

Interim Lead Class Counsel will be responsible for and have authority to prosecute any and all claims of Plaintiffs and the putative class and to provide general supervision of the activities of Plaintiffs' counsel in the Consolidated Action. Specifically, Interim Lead Class Counsel shall have the following responsibilities, duties and sole authority to:

a. Draft and file the master consolidated complaint, and have final authority regarding what claims and parties are to be included;

b. Determine and present the position of Plaintiffs and the putative class on matters arising during the pretrial proceedings;

c. Coordinate and conduct discovery on behalf of Plaintiffs and the putative class consistent with the requirements of the Federal Rules of Civil Procedure and the Court's Local Rules;

d. Consult with and employ consultants and/or expert witnesses;

e. Draft and file a motion for class certification on behalf of Plaintiffs and the putative class;

f. Conduct all pre-trial proceedings on behalf of Plaintiffs and the putative class;

g. Enter into stipulations and agreements with Defendant;

h. Sign all papers filed on behalf of Plaintiffs and the putative class;

i. Convene meetings of all Plaintiffs' counsel, as necessary;

j. Form task-specific subcommittees of Plaintiffs' counsel, as appropriate;

k. Conduct settlement negotiations with Defendant;

l. Receive and distribute to Plaintiffs' counsel, as appropriate, discovery, pleadings correspondence, and other documents from Defendant's counsel or the Court that are not electronically filed;

m. Appear at Court-noticed status conferences and hearings;

n. Be the contact persons for all Plaintiffs' counsel and as the attorneys of record with whom the Court will be dealing throughout the course of the litigation;

o. Delegate specific tasks to other Plaintiffs' counsel in a manner to avoid duplicative efforts and ensure that pretrial preparation for Plaintiffs and the putative class is conducted effectively, efficiently, and economically;

p. Otherwise coordinate the work of all Plaintiffs' counsel, and perform such other duties as the Interim Lead Class Counsel deem necessary to advance the litigation or as authorized by further Order of the Court;

q. Fund the necessary and appropriate costs of discovery and other common benefit efforts;

r. Allocate and apportion any Court awarded attorneys' fees amongst Plaintiffs' counsel; and

s. Perform such other functions as necessary to effectuate these responsibilities or as may be expressly authorized by further Order of the Court.

**IT IS FURTHER ORDERED** that all other Plaintiffs' counsel who are or may become involved in the Consolidated Action are prohibited from taking any action on behalf of the putative class in this Consolidated Action without advance authorization from Interim Lead Class Counsel, except for an application to modify or be relieved from this Order.

**IT IS FURTHER ORDERED** that counsel for all parties are directed to cooperate with one another, wherever possible, to promote the expeditious handling of pre-trial proceedings in the Consolidated Action, and to conduct themselves in a manner consistent with the Local Rules of the United States District Court for the Western District of

Oklahoma.

It is hereby **ORDERED** that this Order shall apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

**IT IS SO ORDERED** this 13th day of November, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE